**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| NINA N. BAKER | ) | BANKRUPTCY CASE NUMBER 09-11105 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Merchants Retail Credit Association or<br>Med & Dent Business Bureau of Allen Co.<br>Post Office Box 11285<br>333 East Washington Boulevard<br>Fort Wayne, Indiana   46857 | $ 2.26 |
| CLAIM # 4 | Dr. Robey<br>c/o CCB<br>Post Office Box 17400<br>Indianapolis, Indiana   46217 | $ 1.78 |
| CLAIM # 8 | Verizon<br>404 Brock Drive<br>Bloomington, Illinois   61701 | $ 2.18 |
| | **TOTAL:** | **$ 6.22** |

Respectfully submitted,

       /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 31st of August, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                 ____/s/ Yvette Gaff Kleven_____
                                                 Yvette Gaff Kleven